CAUSE NO. _____

REDDIE HOUSTON

VS.

RAY WHELESS
366TH DISTRICT COURT

67,748-11

PETITION FOR WRIT OF MANDAMUS
TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, REDDIE HOUSTON, Petitioner, by and through his pro se of record files this his application for Writ of Mandamus and complaining of Ray Wheless, JUDGE, Respondent, would show the Court the following:

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 09 2015

Abel Acosta, Clerk

I.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015  to CS

Abel Acosta, Clerk

On the ___ day of _____, 20__, was duly qualified and acting presiding judge of 366TH DISTRICT Court of Collin County, Texas and said date in Cause No. 366-81813-06 styled THE STATE OF TEXAS vs. REDDIE HOUSTON entered an improper order to-wit:

Respond denied Defendant's Motion for his Constitutional Right to NUNC PRO TUNC for Relief Texas Rules of Appellate Procedure Under Rule 23 and has refused to set a hearing on said Motion.

Respondent denied Defendant's for his Constitutional Right to Execution Of Judgment and has refused to set a hearing on said Motion.

Respondant denied Defendant's for his Constitutional Right to Appeals And Writ Error and has refused to Set a hearing on said Motion.

Respondent denied Defendant's for his Constitutional Right to Judgment And Sentence and has refused to set a hearing on said Motion.

Respondent denied Defendant's request to disqualify or Dismiss counsel for a New Trial On Material Evidence in which Counsel

is "<u>ONLY</u>" seeking a plea bargain.
agreement.

Respondent denied Defendant's request
Arrest of Judgment and 41.01-41.05
(Repealed).

## II

Said ORDER of Respondent improp-
reason:

The Rules and Orders involved are
in this Writ of Mandamus Exhibits (A), (B),
(C), (D), (E), (F) and (G) and made a part
hereof.

WHEFORE, PREMZSES CONSZDERED,
Petitioner prays that Leave to file this
Petition be "<u>GRANTED</u>," that the same
be set for submission, and that a Writ of
Mandumus be issued by the Court of Appe-
als ordering and directing the Respond-
ent to set aside his ORDER and to
"RULE" on Defendant's Motions.

Respectfully Submitted,
*Reddie Houston*

# CERTIFICATE OF SERVICE

I, Reddie Houston, do hereby certify that a true and correct copy of the forgoing WRIT OF MANDAMUS is being placed in the U.S. Mail postage prepaid on the 19 day of August, 2015.

Address to:

COLLIN COUNTY DISTRICT CLERK
2100 Bloomdale Road
MCKINNEY, TEXAS 75071

COLLIN COUNTY DISTRICT ATTORNEY OFFICE
2100 Bloomdale Road
MCKINNEY, TEXAS 75071

COLLIN COUNTY DISTRICT COURT
366TH DISTRICT COURT RAY WHELESS
2100 Bloomdale ROAD
MCKINNEY, TEXAS 75071

ABLE ACOSTA
COURT OF APPEALS
P.O. BOX 12308
CAPITOL STATZON
AUSTIN, TEXAS 78711

REDDIE HOUSTON PRO SE DEFENDANT
ESTELLE UNIT
264 FM 3478 ROAD
McKINNEY, TEXAS 77520-5522

## ORDER.

On this the      day of          , 2015, came on to be heard the Defendant's Writ of Mandamus and after due consideration of the same it is, ORDERED that the Defendant's request for a hearing is (GRANTED / DENIED), and that said cause is set for hearing on the      day of          , 2015; and it is further ORDERED that the Defendant's Bench Warrant the above styled and numbered cause is (GRANTED / DENIED); and that it is further

ORDERED that the County Clerk

to prepare for the Court's signature the necessary instruments to Bench Warrant the Defendant to this county for said hearing.

JUDGE PRESZDING